**UNITED STATES COURT OF INTERNATIONAL TRADE**       **FORM 7A**

NEW IMAGE GLOBAL, INC.

                    Plaintiff,

            v.                                            Court No. 14-00271-JAR

UNITED STATES OF AMERICA

                    Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: November 21, 2023

                            /s/ ELON A. POLLACK
                            Attorney for Plaintiff

                            865 S. Figueroa Stree, Suite 1388
                            Street Address

                            Los Angeles, CA 90017
                            City, State and Zip Code

                            (213)630-8888
                            Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: November 22, 2023          Clerk, U. S. Court of International Trade

                            By: /s/        Geoffrey Goell
                                    Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 15-00316-JAR<br>16-00016-JAR | New Image Global, Inc.<br>New Image Global, Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 22, 2023

Clerk, U. S. Court of International Trade

By: /s/   Geoffrey Goell

Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)